# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA, | CASE NO. C19-8 MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| RICHARD JONES, et al., | |
| Defendants. | |

On January 4, 2019, Plaintiff filed a Motion to Proceed In Forma Pauperis on a complaint which named as defendants the Honorable Richard A. Jones and the Honorable Ricardo S. Martinez of this district, as well as "All the Judges to Get Justice." (Dkt. No. 1.) On January 18, 2019, this Court issued an Order to Show Cause to Plaintiff, requiring that within 21 days of the date of the order,

> Plaintiff must write a short and plain statement telling the Court (1) the law or laws upon which his claims are based, (2) why Defendants are not immune from such claims, and (3) why this case should not be dismissed as frivolous.

Dkt. No. 3 at 2.

1  The deadline issued by this Court has come and gone without a response from Plaintiff.
2  Accordingly,
3  IT IS ORDERED that this matter is DISMISSED with prejudice for failure to response to
4  the Order to Show Cause and failure to prosecute the litigation.

6  The clerk is ordered to provide copies of this order to Plaintiff.
7  Dated March 13, 2019.

*[signature]*
Marsha J. Pechman
United States Senior District Judge